UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 20 2007

JAMES N. HATTEN, CLERK
By: *[signature]* White, Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| -VS- | ) DOCKET NO. 1:07-CR-365-ODE |
| TRAVIS E. CORRELL, | ) |
| DEFENDANT. | ) |

TRANSCRIPT OF GUILTY PLEA PROCEEDINGS
BEFORE THE HONORABLE ORINDA D. EVANS
UNITED STATES DISTRICT COURT JUDGE
FRIDAY, NOVEMBER 30, 2007

APPEARANCES:

ON BEHALF OF THE GOVERNMENT:

    DAVID E. MCCLERNAN, ESQ.
    ASSISTANT UNITED STATES ATTORNEY

ON BEHALF OF THE DEFENDANT:

    VIONETTE REYES JOHNSON, ESQ.

ELISE SMITH EVANS, RMR, CRR
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
ATLANTA, GEORGIA