IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

UNITED STATES OF AMERICA :
: CRIMINAL INFORMATION
v. :
: NO. 1:07-CR-365-ODE
TRAVIS E. CORRELL :

MOTION TO TOLL UNDER RULE 35

Comes now the United States of America, by David E. Nahmias United States Attorney, and David E. McClernan, Assistant United States Attorney for the Northern District of Georgia, and files this Motion, as follows:

1. Defendant Travis E. Correll was sentenced before this Court on March 20, 2008.

2. The government is currently considering the filing of a motion pursuant to Fed. R. Crim. P. 35(b).

3. A tolling of the one year limitation for filing motions for reduction to sentence under Rule 35(b) would enable the government to conduct a more thorough analysis of substantial assistance provided by Defendant in several federal districts.

Wherefore, the government prays that this Honorable Court issue an order tolling the one year limitation for filing motions

for reduction of sentence under Fed. R. Crim. P. 35(b) for a period of 60 days.

                                      Respectfully submitted,

                                      DAVID E. NAHMIAS
                                      UNITED STATES ATTORNEY

                                      /s/DAVID E. McCLERNAN
                                      ASSISTANT UNITED STATES ATTORNEY
                                      600 U.S. Courthouse
                                      75 Spring Street, S.W.
                                      Atlanta, GA 30303
                                      404/581-6000
                                      Georgia Bar No. 483555

CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the within and foregoing Government's Motion to Toll Under Rule 35 with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Vionnette Johnson
Federal Defender Program
100 Peachtree Street, N.W.
The Equitable Building, Suite 1700
Atlanta, GA 30303

This 19th day of March, 2009.

/s/DAVID E. McCLERNAN
ASSISTANT UNITED STATES ATTORNEY