FILED IN CHAMBERS
U.S.D.C.
JUN - 9 2009
James N. Hatten, Clerk
By: [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

TRAVIS E. CORRELL

CRIMINAL CASE NO.
1:07-CR-365-ODE

## ORDER

This criminal case is before the Court on the Government's Motion for Reduction of Sentence Pursuant to Rule 35 filed May 8, 2009. The Government seeks a two level downward adjustment from Offense Level 33 to Offense Level 31. Combined with Defendant's Criminal History Category of 1, that would yield a Sentencing Guideline range of 108-135 months.

Defendant was originally sentenced on March 20, 2008, to serve 144 months in prison. The Guideline range, after the Court rule on objections to the Presentence Report, was 188-235 months. There was no 5K motion at Defendant's original sentencing hearing, although the Government did state that Defendant had furnished cooperation. The Government recommended a sentence at the bottom of the Guideline range.

After reviewing the Government's Motion for Reduction of Sentence and Defendant's Memorandum seeking a greater reduction than that recommended by the Government, the Court finds that a reduction in Defendant's Offense Level to Level 31 (108-135 months) is appropriate. No greater reduction is appropriate.

Accordingly, the custodial portion of Defendant's sentence is hereby reduced to 108 months. All other terms and conditions of the sentence remain the same.

SO ORDERED this \_\_\_9\_\_\_ day of June, 2009.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE